# Third District Court of Appeal

## State of Florida

Opinion filed July 20, 2022.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D21-2053
Lower Tribunal No. 20-24723

————————

**Brenda Becke,**
Appellant,

vs.

**Mortgage Electronic Registration Systems, Inc., et al.,**
Appellees.


An Appeal from the Circuit Court for Miami-Dade County, Barbara Areces, Judge.

Law Office of Richard G. Chosid, and Richard G. Chosid (Lighthouse Point), for appellant.

Liebler Gonzalez & Portuondo, and Alan M. Pierce, for appellees.


Before FERNANDEZ, C.J., and LOGUE and LINDSEY, JJ.

PER CURIAM.

Affirmed.